**Algie AYDELOTT, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27257.

Court of Criminal Appeals of Texas.

Dec. 15, 1954.

422

---

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted for the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at three days in jail and a fine of $100.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.